UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| D'ANNUNZIO PATRON,<br><br>                Plaintiff,<br><br>        v.<br><br>SCOTT IVEY, *et al.*,<br><br>                Defendants. | Case No. 2:21-cv-01063-JDP (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO AMEND THE COMPLAINT<br><br>ECF No. 8<br><br>THIRTY-DAY DEADLINE |

Plaintiff, a state prisoner proceeding without counsel, filed this action against two psychologists, alleging that they were deliberately indifferent to his serious medical needs. ECF No. 1. Before the court had an opportunity to screen his complaint, plaintiff filed a motion to amend his complaint. ECF No. 8. The motion explains that plaintiff recently learned new information that is relevant to this case. *Id.* Plaintiff's motion to amend the complaint, ECF No. 8, is granted.

Plaintiff is warned that his first amended complaint may only include claims that are related to those contained in his original complaint; unrelated claims against multiple defendants belong in separate suits. He is also reminded that the amended complaint will supersede the current complaint. *See Lacey v. Maricopa County*, 693 F. 3d 896, 907 n.1 (9th Cir. 2012) (en

banc). Accordingly, plaintiff's first amended complaint must be complete on its face without reference to the prior pleading. *See* E.D. Cal. L.R. 220.

Accordingly, it is hereby ORDERED that:

1. Plaintiff's motion to amend complaint, ECF No. 8, is granted.

2. Plaintiff shall file a first amended complaint within thirty days of the date of this order.

IT IS SO ORDERED.

Dated:   September 16, 2021

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE