IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

**D'ANNUNZIO PATRON,**

Plaintiff,

v.

**SCOTT IVEY, et al.,**

Defendants.

2:21-cv-01063-JDP (PC)

~~(PROPOSED)~~ **ORDER**

The Court, having considered Defendants' request to opt out of the Post-Screening ADR Project, and good cause having been shown:

IT IS ORDERED: Defendants' request to opt out of the Post-Screening ADR Project is granted. The stay in this action is lifted.

IT IS SO ORDERED.

Dated: November 1, 2022

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE