UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| D'ANNUNZIO PATRON,<br><br>Plaintiff,<br><br>v.<br><br>SCOTT IVEY, *et al.*,<br><br>Defendants. | Case No. 2:21-cv-01063-JDP (PC)<br><br>ORDER AND FINDINGS AND RECOMMENDATIONS |

On February 21, 2023, defendants filed a motion to compel and a motion to modify the scheduling order. ECF No. 36. When plaintiff did not file a timely response, I ordered him to show cause within twenty-one days why this case should not be dismissed for failure to prosecute and failure to comply with the court's local rules. ECF No. 37. I also warned him that failure to comply with that order could result in dismissal of this action. *Id*. at 2. Instead of filing a response to defendants' motion, plaintiff filed a motion seeking library access. ECF No. 38. I explained in a subsequent order that plaintiff should have access to the library and directed him to show my order to the appropriate jail officials to demonstrate that he is actively engaged in litigation. ECF No. 39. In the same order, I also advised plaintiff that he needed to file a response to defendants' February 21, 2023 motion. *Id.* at 2. To date, plaintiff has not responded to defendants' motion or the order to show cause.

Accordingly, it is hereby ORDERED that the Clerk of Court shall randomly assign a

1

United States District Judge to this case.[1]

Accordingly, it is hereby RECOMMENDED that:

1. This action be dismissed for failure to prosecute and failure to comply with court orders.

2. The Clerk of Court be directed to close the case.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Any response to the objections shall be served and filed within fourteen days after service of the objections.  The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

IT IS SO ORDERED.

Dated:   June 26, 2023

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

---

[1] Although it appears from the file that plaintiff's copy of April 25, 2023 order was returned, plaintiff was properly served.  It is the plaintiff's responsibility to keep the court apprised of his current address at all times.  Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.

2