UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| D'ANNUNZIO PATRON,<br><br>  Plaintiff,<br><br>  v.<br><br>SCOTT IVEY, et al.,<br><br>  Defendants. | No. 2:21-cv-01063 DJC JDP P<br><br><br>ORDER |

On September 5, 2023, the Court issued an order adopting the Findings and Recommendations of Magistrate Judge Jeremey D. Peterson and dismissed this action for failure to prosecute and failure to comply with court orders. (ECF No. 41.) This action was closed as a result. Plaintiff has now filed a document entitled "Objections to Magistrate Judge's Findings and Recommendations" in which Plaintiff requests that this action be reopened. (ECF No. 43.) Given that the Findings and Recommendations were adopted and final judgment was issued at least eight months prior to Plaintiff filing this document, it shall be construed as a Motion for Reconsideration of the Court's Order.

Plaintiff's Motion is denied. Plaintiff notes that he was unable to receive court mail due to a "live in roommate situation [which] was terminated without notice" and that Plaintiff has had "a few 5150 hospital admits" in the last year. (ECF No. 43 at 1.) These bases do not warrant reconsideration of the Court's prior order. Dismissal was

1

originally recommended based on Plaintiff's failure to respond to Defendant's motion to compel, originally filed in February of 2023, as well as the Court's Order to Show Cause, issued in April 2023, which ordered Plaintiff to file a response to Defendant's motion.  Plaintiff's present motion, filed a few weeks shy of a year after the Findings and Recommendations were issued and over eight months after judgment was entered in this action, does not provide an adequate basis for the court grant reconsideration under Federal Rule of Civil Procedure 60 and Local Rule 230(j).  Even if Plaintiff was temporarily unable to receive mail from the Court he provided, it was Plaintiff's duty to "keep the Court and opposing parties advised as to his or her current address."  Local Rule 183(b).  Plaintiff's substantial delay in updating his address or providing any response to court orders is not justified by difficulties with his "roommate situation" or 5150 holds during even just the eight-month period after judgment was entered.

        Accordingly, IT IS HEREBY ORDERED that Plaintiff's Motion (ECF No. 43) is DENIED.  No further filings will be accepted in this closed case.

        IT IS SO ORDERED.

Dated:  **June 10, 2024**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE